UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN COLLIN AUTRY,<br><br>    Plaintiff,<br><br>  v.<br><br>SCOTT JONES, *et al.*,<br><br>    Defendants. | Case No. 2:22-cv-00554-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 12 |

Plaintiff has filed a motion for an extension of time to file an amended complaint. ECF No. 12. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 12, is granted.

2. Plaintiff is granted forty-five days from the date of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:  July 14, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE