UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JONATHAN COLLIN AUTRY, | Case No. 2:22-cv-00554-TLN-JDP (PC) |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |
| v. | |
| SCOTT JONES, *et al.*, | ECF No. 14 |
| Defendants. | |

On July 15, 2022, I granted plaintiff's request for a forty-five-day extension of time to file an amended complaint. ECF No. 13. On September 1, plaintiff submitted a letter explaining that he is attempting to comply with that order, but he is waiting to use the prison law library to make copies of certain documents. ECF No. 14. The court construes plaintiff's letter as a motion for an extension of time to comply with the July 15 order. So construed, plaintiff's motion is granted.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's September 1 filing, ECF No. 14, is construed as a motion for an extension of time.

2. Plaintiff's motion for an extension of time, ECF No. 14, is granted.

3. Plaintiff is granted forty-five days from the date of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   October 13, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE