UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN COLLIN AUTRY,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT JONES, *et al.*,<br><br>    Defendants. | No.  2:22-cv-00554-TLN-JDP (PC)<br><br><br>ORDER |

    Plaintiff, a county inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983.  However, plaintiff did not sign his second amended complaint.  Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing.  Fed. R. Civ. P. 11(a).  Thus, the court is unable to consider plaintiff's complaint unless he signs and re-files it.  Accordingly, plaintiff is provided an opportunity to re-file his complaint bearing his signature.  Failure to comply with this order will result in a recommendation that this action be dismissed.

    In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall re-file a signed complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

1

IT IS SO ORDERED.

Dated:    October 2, 2023   

                              JEREMY D. PETERSON
                              UNITED STATES MAGISTRATE JUDGE