UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN COLLIN AUTRY,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY, et al.,<br><br>    Defendants. | Case No.  2:22-cv-00554-TLN-JDP<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 14, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 41.)  The time to file objections has passed, and Plaintiff did not file any objections.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court ….").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on March 14, 2024 (ECF No. 41), are ADOPTED IN FULL;
2. Plaintiff's claims against Defendant Susan are DISMISSED without prejudice; and
3. This mater is referred back to the magistrate judge for further pre-trial proceedings.

Date: April 10, 2024

_____
Troy L. Nunley
United States District Judge