UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN COLLIN AUTRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY, *et al*.,<br><br>　　　　Defendants. | Case No.  2:22-cv-00554-TLN-JDP (PC)<br><br>**ORDER**<br><br>DENYING PLAINTIFF'S MOTION FOR DISCOVERY<br><br>ECF No. 50 |

　　　　I previously screened plaintiff's second amended complaint and found that it stated cognizable claims against defendants Babu, Kim, Abdulla, and Sacramento County.  ECF No. 41. I directed the U.S. Marshal to serve those defendants.  ECF No. 44.  Plaintiff, who is proceeding without counsel, has filed a motion that asks the court to order defendants to produce certain documents.  ECF No. 50.

　　　　Plaintiff's motion for discovery is premature.  The docket reflects those defendants, who have not yet appeared, were only recently served.  ECF Nos. 52 & 53.  After defendants file an answer to the complaint, I will refer this matter to early Alternative Dispute Resolution.  If that is unsuccessful in resolving this matter, I will issue a discovery and scheduling order.  Plaintiff may then serve defendants' counsel with requests for discovery pursuant to Federal Rules of Civil Procedure 26-37 and 45.  If plaintiff is unable to obtain necessary discovery from defendants, he may then file an appropriate motion asking for the court's assistance.

1

Accordingly, it is hereby ORDERED that plaintiff's motion for discovery, ECF No. 50, is denied without prejudice.

IT IS SO ORDERED.

Dated:   October 7, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE