UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN COLLIN AUTRY, | Case No. 2:22-cv-0554-TLN-JDP (P) |
| Plaintiff, | |
| v. | ORDER SETTING STATUS CONFERENCE |
| SACRAMENTO COUNTY, *et al.*, | |
| Defendants. | |

Plaintiff is a state inmate proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Motion practice has concluded, and claims remain against defendants. The only pending motion is a request for settlement conference filed by plaintiff. ECF No. 133. The court will hold a status conference on June 4, 2026, at 10:00 a.m. before ruling on plaintiff's motion. The parties should be prepared to discuss whether there is future interest in settlement discussions, any practical limitations on going to trial at this juncture, and any other measure that would contribute to speedy and efficient resolution of this case.

Accordingly, it is hereby ORDERED that:

1. A status conference is set for June 4, 2026 at 10:00 a.m. on Zoom.

2. By no later than May 21, 2026, the parties shall file status reports addressing the matters identified above.

1

3. The Clerk of Court is directed to send a copy of this order to the litigation coordinator at plaintiff's institution of confinement.

IT IS SO ORDERED.

Dated:    April 16, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2