UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN COLLIN AUTRY, | Case No. 2:22-cv-0554-TLN-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |

Pending are plaintiff's request for settlement conference, ECF No. 133, and motion for law library access, ECF No. 138. Both motions are denied. The two-page request for settlement conference is primarily composed of complaints about the course the litigation has taken thus far. For instance, plaintiff states that the court has compelled him to provide responses to defendants' requests for discovery, but has not ordered defendants to respond to his own discovery requests. ECF No. 133 at 1. He also states that he has "taken [his] case as far as [he] can" and now requires legal counsel to proceed. *Id.* To the extent he is requesting that the court appoint him counsel, that request is denied for the same reasons articulated in the orders denying his previous motions to appoint counsel. *See* ECF Nos. 11 & 21. In any event, the court has ordered that a settlement conference be set. ECF No. 143.

Plaintiff's request for law library access is also denied. Therein, he states that he has been

1

unable to gain "priority access" because he is not within thirty days of a court deadline. ECF No. 138 at 1. To the extent he requires an order showing that he is engaged in litigation in federal court, he may present this order. The court otherwise declines to interfere in matters of prison operation.

It is, therefore, ORDERED that plaintiff's request for settlement conference, ECF No. 133, and motion for law library access, ECF No. 138, are DENIED.

IT IS SO ORDERED.


Dated:    May 28, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE